# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139010

MARTIN B. MARCUS,
      Plaintiff-Appellant,

v

                                    SC: 139010
                                    COA: 284042
                                    Oakland CC: 2007-086327-CK

GFG EMPLOYMENT SERVICES, INC.,
d/b/a GARDEN FRESH SALSA, INC.,
GARDEN FRESH SALSA CO., INC.,
BASHA FOODS, FRESHLANE TRANSIT,
GARDEN FRESH SALSA II, GOURMET
INTERNATIONAL GOODS, and
GFG II EMPLOYMENT SERVICES, INC.,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the April 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

                                              Clerk